# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AGUILAR, | CASE NO. 1:09-cv-01849-SMS PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND TO ASSIGN A DISTRICT JUDGE |
| v. | |
| OFFICER JASON HOOVER AND FRESNO POLICE DEPARTMENT, | |
| Defendants. | |

On October 21, 2009, Plaintiff Alex Aguilar filed the complaint in this action. Upon review, the Court has been determined that the present action does not involve state prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a regular civil rights action and to assign a United States District Judge to the action.

IT IS SO ORDERED.

**Dated:   January 27, 2011**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1