1

2

3

4

5

6

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

7   ALEX AGUILAR,                          )        1:09-cv-1849  AWI BAM
                                           )
8              Plaintiff,                  )        VACATING NOVEMBER 7,
        v.                                 )        2011 HEARING AND
9                                          )        REFERRING MATTER TO
    OFFICER JASON HOOVER, and CITY         )        MAGISTRATE JUDGE FOR
10  OF FRESNO POLICE DEPARTMENT,           )        FINDINGS AND
                                           )        RECOMMENDATION
11             Defendants.                 )
    _____)

12

13

14          Currently set for hearing and decision on November 7, 2011, is Defendants' motion for

15  terminating sanctions under Rule 37.  The court finds that the pending motion should be referred

16  to Magistrate Judge McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(17) for

17  the entry for Findings and Recommendations.

18

19          Accordingly, it is HEREBY ORDERED that:

20          1.      The pending motion is REFERRED to Magistrate Judge McAuliffe;

21          2.      The November 7, 2011, hearing before the undersigned is VACATED; and

22          3.      If the Magistrate Judge believes a hearing is necessary on the referred motion, the

23                  Magistrate Judge will set a new hearing date in due course.

24  IT IS SO ORDERED.

25

    Dated:    November 3, 2011
26                                                  _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE

27

28