1

2

3

4          IN THE UNITED STATES DISTRICT COURT FOR THE

5                  EASTERN DISTRICT OF CALIFORNIA

6

7    **ALEX AGUILAR,**                    )        **1:09-cv-1849  AWI BAM**
                                          )
8                    **Plaintiff**,        )        **VACATING NOVEMBER 7,**
            **v.**                        )        **2011 HEARING AND**
9                                         )        **REFERRING MATTER TO**
     **OFFICER JASON HOOVER, and CITY**    )        **MAGISTRATE JUDGE FOR**
10   **OF FRESNO POLICE DEPARTMENT**,      )        **FINDINGS AND**
                                          )        **RECOMMENDATION**
11                  **Defendants**.        )
     _____)

12

13

14         Currently set for hearing and decision on November 7, 2011, is Defendants' motion for

15   terminating sanctions under Rule 37.  The court finds that the pending motion should be referred

16   to Magistrate Judge McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(17) for

17   the entry for Findings and Recommendations.

18

19         Accordingly, it is HEREBY ORDERED that:

20         1.      The pending motion is REFERRED to Magistrate Judge McAuliffe;

21         2.      The November 7, 2011, hearing before the undersigned is VACATED; and

22         3.      If the Magistrate Judge believes a hearing is necessary on the referred motion, the

23                 Magistrate Judge will set a new hearing date in due course.

24   IT IS SO ORDERED.

25   Dated:     November 3, 2011                    _____

26                                                 CHIEF UNITED STATES DISTRICT JUDGE

27

28