1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| ALEX AGUILAR,                                          ) | 1:09-cv-01849-AWI-BAM |
|                                                        ) | |
|                   Plaintiff,                           ) | ORDER VACATING HEARING |
|                                                        ) | DATE OF JANUARY 9, 2012 |
|             v.                                         ) | AND TAKING MATTER |
|                                                        ) | UNDER SUBMISSION |
| OFFICER JASON HOOVER; FRESNO                           ) | |
| COUNTY POLICE DEPARTMENT, et al.                       ) | |
|                                                        ) | |
|                   Defendants.                          ) | |
| _____ ) | |

11

12

13

14

15

16

17

18

19        The motion of defendants Officer Jason Hoover and Fresno County Police Department for

20  summary judgment has been set for hearing on January 9, 2012.  The Court, having reviewed the

21  pleadings of record and all competent and admissible evidence submitted, finds this matter suitable

22  for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled

23  hearing date of January 9, 2012 is hereby VACATED, and the parties shall not appear at that time.

24  The Court will take the matter under submission and thereafter issue its decision.

25  IT IS SO ORDERED.

26

Dated:  ____December 23, 2011____

27                                                  _____

                                                    CHIEF UNITED STATES DISTRICT JUDGE

28