IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX AGUILAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER JASON HOOVER; FRESNO COUNTY POLICE DEPARTMENT, et al.<br><br>　　　　　　Defendants. | 1:09-cv-01849-AWI-BAM<br><br>ORDER VACATING HEARING DATE OF JANUARY 9, 2012 AND TAKING MATTER UNDER SUBMISSION |

　　The motion of defendants Officer Jason Hoover and Fresno County Police Department for summary judgment has been set for hearing on January 9, 2012.  The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).  Accordingly, the previously scheduled hearing date of January 9, 2012 is hereby VACATED, and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　December 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE